# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD ROBINSON, Individually** | : | **CIVIL ACTION** |
| **and as Administrator of the Estate of** | : | |
| **Tiffany Robinson deceased, *et al*.,** | : | **NO. 24-0055** |
| *Plaintiffs* | : | |
| **v.** | : | |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY, *et al*.,** | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 15th day of January 2025, upon consideration of the *motion to dismiss* filed by Defendants City of Philadelphia and Nadine Fulton (collectively, the "City Defendants"), (ECF 8), Plaintiffs' response in opposition, (ECF 11), the City Defendants' reply, (ECF 12), and the allegations in the amended complaint, (ECF 6), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

(1) the City Defendants' motion to dismiss is **DENIED** with respect to Count III; and

(2) the City Defendants' motion to dismiss is **GRANTED** with respect to Count IV. Accordingly, the claims asserted against the City Defendants at Count IV are dismissed, and Defendant Nadine Fulton is dismissed from this action.

                                                 **BY THE COURT:**

                                                 /s/ *Nitza I. Quiñones Alejandro*
                                                 **NITZA I. QUIÑONES ALEJANDRO**
                                                 *Judge, United States District Court*