# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD ROBINSON, Individually and as Administrator of the Estate of Tiffany Robinson deceased**, *et al.*,<br>*Plaintiff*<br>v.<br><br>**PHILADELPHIA HOUSING AUTHORITY**, *et al.*,<br>*Defendants* | : : : : : : : : : : : | **CIVIL ACTION**<br><br>**NO. 24-0055** |

## ORDER

**AND NOW**, this 7th day of August 2025, upon consideration of the *motion to dismiss for failure to state a claim* filed by Defendants Philadelphia Housing Authority, Kelvin Jeremiah, Janea Jordon, Dinesh Indala, Earl Samuel, Ronald Henry, Mary Moc, Ericka Corley, Tabatha Revell, Truc Nguyen, and Brahin Bilal (collectively, the "PHA Defendants"), (ECF 54), Plaintiffs' response in opposition, (ECF 60), the PHA Defendants' reply, (ECF 63), and the allegations in the second amended complaint, (ECF 50), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**. Accordingly, all claims against the PHA Defendants are **DISMISSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*