# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD ROBINSON, Individually** | : | **CIVIL ACTION** |
| **and as Administrator of the Estate of** | : | |
| **Tiffany Robinson deceased, *et al.*,** | : | **NO. 24-0055** |
| *Plaintiffs* | : | |
| **v.** | : | |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY, *et al.*,** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 10th day of March 2026, upon consideration of Defendant City of Philadelphia's *motion for judgment on the pleadings*, (ECF 68), Plaintiffs' response in opposition, (ECF 69), and Defendant's reply, (ECF 70), it is hereby **ORDERED** that, for the reasons set forth in the Memorandum Opinion, the motion is hereby **GRANTED.**

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*